IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TAMMY BAUGHMAN | § | |
| | § | |
| vs. | § | CASE NO. 6:17cv326 |
| | § | |
| CITY OF ELKHART, *et al*. | § | |
| | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 27th day of March, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE